**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1448

FERMIN ALDABE,

        Plaintiff - Appellant,

    v.

JONATHAN COHEN; JOSEPH J. SIMONS; REBECCA KELLY SLAUGHTER; NOAH JOSHUA PHILLIPS; ROHIT CHOPRA; CHRISTINE S. WILSON; BENJAMIN J. THEISMAN; AMANDA B. KOSTNER; KHOURYANNA DIPRIMA; CREIGHTON MAGID; THE GOVERMENT OF BELIZE; THE CENTRAL BANK OF BELIZE; JOY GRANT; ATLANTIC INTERNATIONAL BANK, LTD; JULIAN MURILLO,

        Defendants - Appellees,

    and

UNITED STATES OF AMERICA,

        Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, Senior District Judge.  (1:21-cv-00803-PJM)

Submitted:  August 23, 2022                          Decided:  August 25, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

_____

Fermin Aldabe, Appellant Pro Se.  Creighton Magid, DORSEY & WHITNEY, LLP, Washington, D.C.; John Augustine Bourgeois, Andrew Jay Graham, KRAMON & GRAHAM, PA, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fermin Aldabe seeks to appeal the district court's order dismissing some, but not all, of the claims raised in his civil complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Aldabe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
